IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

DEFENDING EDUCATION, *et al.*,

    *Plaintiffs*,

v.

AUBREY C. SULLIVAN, in her official capacity as Director of the Colorado Civil Rights Division, *et al.*,

    *Defendants*.

Case No. 1:25-cv-01572-RMR

### DECLARATION OF KRISTINA RASMUSSEN

1. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, would competently testify to them.

2. I am the Executive Director of Do No Harm ("DNH").

3. DNH is a nationwide, grassroots, 501(c)(3) non-profit organization whose members include healthcare professionals, students, patients, and policymakers. DNH's mission is to ensure that medicine is driven by scientific evidence rather than politics. To that end, DNH seeks to highlight and counteract divisive trends in medicine, such as "Diversity, Equity, and Inclusion" practices and youth-focused gender ideology. DNH opposes the use of chosen names, preferred pronouns, and so-called gender-affirming medical treatments. DNH furthers its mission through network- and coalition-building; educational resources to raise awareness about divisive trends in the medical field; engagement on local, state, and national policies; advocacy; and, if necessary, litigation.

1

4. DNH strongly opposes gender ideology and so-called gender affirming care, and DNH strives to protect the right of those in the medical professional to speak freely on those topics. In line with that mission, DNH regularly litigates on behalf of its members to protect their speech rights. *See, e.g.*, *Khatibi v. Hawkins*, No. 2:23-cv-06195 (Dec. 22, 2023). DNH also files amicus briefs opposing the spread of harmful gender ideology. *See, e.g.*, Amicus Brief of Do No Harm, *Nat'l Urban League v. Donald Trump*, No. 1:25-cv-00471 (Mar. 13, 2025), ECF No. 40.

5. DNH also publishes educational resources to inform medical professionals, parents, and others about the harm caused by gender ideology and gender-affirming care. *E.g.*, *Hormonal Interventions for Minors with Gender Dysphoria Cause Significant Harm*, Do No Harm (archived May 14, 2025), perma.cc/6AWU-TE6Q; *Parent Resource: Protect Children from Gender Ideology* (Aug. 25, 2023), perma.cc/J6NF-5F3F; *Research – Gender Ideology* (visited May 14, 2025), bit.ly/42VOb4I. DNH also produces content warning its members about the threat that gender ideology poses to their speech rights. *E.g.*, *Examining Gender Ideology and Free Speech with Simon Amaya Price* (archived May 14, 2025), perma.cc/9S5M-6CTE.

6. DNH's membership includes individuals in Colorado that share DNH's opposition to the politicization of the medical profession and the spread of harmful gender ideology. Those members include Dr. Travis Morrell, a physician who practices in Grand Junction, CO; Dr. Valeri Leswing, a physician who practices in Evergreen, CO; and Mountain Pediatrics, Dr. Leswing's medical practice.

7. Many of DNH's members, including Dr. Morrell and Dr. Leswing, hold traditional views and opinions on matters of sex and gender identity. In particular, DNH's members believe that sex is determined at birth and is immutable, regardless of an individual's internal perceptions about their identity or gender expression.

8. DNH's members want to exercise their fundamental constitutional right to speak in a manner that reflects those views. In line with their belief that sex is determined at birth and immutable, when DNH's members speak to or about individuals, they want to refer to those individuals using biologically accurate pronouns and/or birth names, even if those pronouns or names conflict with an individual's self-professed gender identity or gender expression.

9. However, because of Colorado law as amended by House Bill 25-1312, DNH's members are unable to effectively exercise their constitutionally protected right to speak or publish material in a manner that reflects their sincere belief that sex is immutable and fixed at birth. DNH brought this suit to protect their constitutional right to speak freely on these issues of vital public concern.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 12, 2025.

*Kristina Rasmussen*

_____

Kristina Rasmussen
Executive Director
Do No Harm