IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01572-RMR-KAS

DEFENDING EDUCATION, et al,

Plaintiffs,

v.

AUBREY C. SULLIVAN, et al,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Kathleen L. Spalding, counsel for Defendants Aubrey C. Sullivan, Sergio Cordova, Geta Asfew, Mayuko Fieweger, Daniel S. Ward, Jade R. Kelly and Eric Artis and pursuant to D.C.COLO.LAttyR 5(b), hereby respectfully moves to withdraw as counsel of record in action. In support of this motion, Ms. Spalding states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney will soon be concluding her employment with the Colorado Department of Law.

3. The withdrawing attorney certifies that she has complied with all outstanding orders of the Court.

4. Attorneys Helen Norton, Janna Fischer, and Dominick Schumacher remain active counsel for these Defendants.

1

5. Notice of Senior Assistant Attorney General Kathleen L. Spalding's withdrawal has been provided to these Defendants.

Dated this 1st day of July, 2025.

> PHILIP J. WEISER
> Attorney General
>
> *s/ Kathleen Spalding*
> Kathleen Spalding
> Senior Assistant Attorney General
> Civil Litigation & Employment Section
> 1300 Broadway, 10th Floor
> Denver, CO 80203
> Telephone: (720) 508-6634
> FAX: (720) 508-6032
> Email: kit.spalding@coag.gov