| | |
|---|---|
| **Description** | 25-01572/1668/2177 Motion Hearing 02.19.2026 |
| **Date** | 2/19/2026  **Location**  MDB-FTR |