**Virtual Teleconference  (VTC)**
**Access Instructions**
**Judge Dominguez Braswell**

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the Cisco Meeting App link below to join.

  https://meet.uc.uscourts.gov/meeting/617286044?secret=sP.qIkX5dlWqFdXAEJ_Zgg

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

  - Phone: 571-353-2301, then enter 617286044

All parties appearing before the Court via VTC are advised of the following Court expectations:

1) **Punctuality.** Log in a few minutes before the scheduled start time and follow the VTC instructions provided by the Court. Identify yourself when you first log in, so the Courtroom Deputy knows who is present.

2) **Video Use.** If the Court orders a conference or hearing by VTC, the Court expects a video appearance, not a telephone appearance. If you have technical issues or extenuating circumstances, please let the Courtroom Deputy know in advance.

3) **Business Attire.** An appearance by VTC should be treated as a courtroom appearance. Business attire is required. Sweatshirts, gym clothes, Hawaiian shirts, t-shirts, sports team jerseys and pajamas are never appropriate.

4) **Distraction-Free Location.** Participating in court proceedings virtually is a privilege, especially for attorneys and litigants who might otherwise have to travel long distances to appear in person. When appearing virtually, please do so from a quiet and stationary position. Silence other electronic devices and keep in mind that everything in the background is visible to the Court and other participants. Video appearances from inside your car or outdoors are not appropriate. If you have extenuating circumstances, please let the Courtroom Deputy know in advance.

5) **Mute Button.** To prevent any accidental audio distractions, ***please mute your audio setting until it is your turn to speak.*** If another person is testifying, you may not suggest answers, make gestures, or otherwise coach a witness or party from off-camera.

6) **No Food or Other Items.** Because a virtual appearance is a courtroom appearance, the Court expects professionalism in the virtual courtroom. No one should be eating, smoking, or chewing gum during an appearance.